NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ICON LM, LLC,**
*Appellant*

---

2020-1364

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 87093088.

---

**JUDGMENT**

---

THEODORE RAY REMAKLUS, Wood, Herron & Evans, LLP, Cincinnati, OH, for appellant.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for appellee Andrew Hirshfeld. Also represented by THOMAS L. CASAGRANDE, TIFFANY CHIANG, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, PETER JOHN SAWERT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2021            /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court